|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| DARREN WILLIE JONES, | CASE NO: 96-6209-CR-GOLD |
| Petitioner, |  |
| VS. |  |
| UNITED STATES OF AMERICA, |  |
| Respondent._____/ |  |

### ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before this Court pursuant to the Petitioner's motion for reconsideration pursuant to Fed. R. Civ. P. 59 (e) to alter, amend or modify judgment [DE 82], and its duplicate [DE 83]. On October 16, 2007, the motions were referred to Magistrate Judge Patrick A. White for appropriate proceedings pursuant to 28 U.S.C. §636(b)(1)(B).

On October 23, 2007, Magistrate Judge White issued a Report and Recommendation [DE 85], in which he recommends that the Petitioner's motion for reconsideration pursuant to Fed. R. Civ. P. 59 (e) to alter, amend or modify judgment be denied. The Petitioner was afforded ten (10) days from the date of receipt of the Report to file written objections.

On December 3, 2007, the Petitioner filed his objections to the Report and Recommendation [DE 86].

Upon *de novo* review, this Court finds no error and adopts the Report and Recommendation in full. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) The Petitioner's objections are denied and the Report and Recommendation is affirmed.

2) The Petitioner's motion for reconsideration pursuant to Fed. R. Civ. P. 59 (e) to alter, amend or modify judgment [DE 82], and its duplicate [DE 83] are denied.

**DONE AND ORDERED** at Miami, Florida, this _____8th._____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

JONES VS. U.S.A., CASE NO. 96-6209-CR GOLD

cc: U.S. Magistrate Judge Patrick A. White

      AUSA Laurence M. Bardfeld - Ft. Lauderdale Office
      (faxed from chambers: 954.356.7336)

      Darren Wilie Jones
      Reg. No. 31244-004
      United States Penitentiary Atwater
      P.O. Box 019001
      Atwater, CA 95301